McGREGOR W. SCOTT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WSBN 14195
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8979
Facsimile: (415) 744-0134
E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| EMILIO G. CORTEZ,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:19-cv-01801-CKD<br><br>**STIPULATION AND ORDER TO WITHDRAW DEFENDANT'S MOTION TO DISMISS AND EXTEND DEFENDANT'S TIME TO FILE THE ANSWER AND CERTIFIED ADMINISTRATIVE RECORD** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to withdraw Defendant's Motion to Dismiss, filed on February 6, 2020 (Doc. No. 14), and extend Defendant's time to file his answer to Plaintiff's complaint and the certified administrative record by thirty-five (35) from February 7, 2020, to March 13, 2020, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's third request for an extension of time in this matter and he requests it in good faith and without any intent to prolong proceedings unduly. There is good

1

cause for this extension because after filing the Motion to Dismiss, Defendant' counsel learned from Plaintiff's counsel that the declaration submitted with the Motion to Dismiss related to another case with the same name but different Social Security numbers.  After consultation with the Appeals Council, the Council confirmed the error and agreed to the withdrawal of the Motion to Dismiss requesting additional time to prepare the transcript.  Defendant apologizes to the Court, to Plaintiff and to Plaintiff's counsel for any inconvenience this has caused.

Respectfully submitted,

Dated: February 14, 2020      /s/   Shellie Lott
SHELLIE LOTT
(As authorized via e-mail on February 14, 2020)
Attorney for Plaintiff

Dated: February 14, 2020      McGREGOR W. SCOTT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ *Ben A. Porter*
BEN A. PORTER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  February 18, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE